IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                  ORDER

                                  Case No. 08-CR-59-BBC-1

MARCIA M. MESHAK,

        Defendant.

---

The defendant in the above-entitled case has been:

__X__     convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

_____     convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____     acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____     Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: __2-4-09__.

BY THE COURT:

_/s/ Stephen L. Crocker_
STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO